# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5208**  **September Term, 2007**

07cv00072

**Filed On:**

Gbeke Michael Awala,
    Appellant

v.

Kent A. Jordan, Third Circuit Judge, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 0 2007

CLERK

### ORDER

By order filed July 23, 2007, directing appellant to file his answer to the order to show cause, by August 22, 2007. The order was sent to appellant by warden letter. Appellant received and signed for the order on August 17, 2007. To date, appellant has not complied with the court's July 23, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Proc. 41(a)
ISSUED: 12/18/07
BY: *[signature]* Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk